Robert B. Jobe, Esq.
Sarah B. Castello, Esq.
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 684-7293
Fax:  (415) 684-7293
Email: federal@jobelaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH, | No. 4:14-cv-00474-KAW |
|     Plaintiff, | |
| | VOLUNTARY DISMISSAL |
| v. | |
| GALT, et al., | |
|     Defendants. | |

    This is an immigration case in which Plaintiff challenges the delay in adjudication of the immigrant visa of his step-son. Plaintiff is informed that the immigrant visa has been issued. Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the instant action before the Court without prejudice. Each party will bear its own costs and attorneys' fees.

//

//

Voluntary Dismissal
Case No. 4:14-cv-00474-KAW

Dated: April 29, 2014

Respectfully submitted,

LAW OFFICE OF ROBERT JOBE

/s/ Robert B. Jobe

Robert B. Jobe
Sarah B. Castello

## ORDER

IT IS SO ORDERED.

DATED: May 6, 2014

Magistrate Judge Kandis A. Westmore